# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:10-CV-143-RLV-DCK

| | |
|---|---|
| MATT JENKINS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DAVIS DAVIS ATTORNEYS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Substitute Plaintiff" (Document No. 11) filed July 2, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Substitute Plaintiff" (Document No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Trustee shall be substituted as Plaintiff in the place and stead of Matt Jenkins.

Signed: July 2, 2012

David C. Keesler
United States Magistrate Judge